UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:21-cv-00064-FDW

| | |
|---|---|
| COREY MOORE, | ) |
|     Plaintiff, | ) |
| vs. | ) ORDER |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
|     Defendant. | ) |

THIS MATTER is before the Court on Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act and Memorandum in Support, (Doc. Nos. 29, 30), and Defendant's Response to Plaintiff's Motion, (Doc. No. 31). Upon stipulation of the parties, (Id. at 1), it is hereby ordered that Defendant will pay Plaintiff $6,900.00 in attorney's fees in full satisfaction of all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act. Additionally, Plaintiff shall be paid $423.48 in costs from the Judgment Fund by the U.S. Department of Treasury pursuant to 28 U.S.C. § 2412(a)(1).

    IT IS SO ORDERED.

Signed: December 8, 2022

_____
Frank D. Whitney
United States District Judge